UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIA LIN,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>　　　　　　　　Defendant. | 24-cv-7846 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

　　　The complaint in this case alleges that venue is proper in the Eastern District of New York. By October 22, 2024, plaintiff should either file an amended complaint that alleges venue in the Southern District of New York or voluntary dismiss this case for refiling in the Eastern District.

　　　SO ORDERED.

Dated: October 17, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge