UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIA LIN,<br><br>       Plaintiff,<br><br>    -against-<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>       Defendant. | 24-cv-7846 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's October 17 Order, ECF No. 5, plaintiff was required to either file an amended complaint that alleges venue in the Southern District of New York or voluntarily dismiss this case for refiling in the Eastern district by October 22, 2024. To date, plaintiff has not done so. As a courtesy, that deadline is hereby EXTENDED, nunc pro tunc, to October 25, 2024.

  SO ORDERED.

Dated: October 23, 2024
    New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge